Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:  (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com

Ronald W. Armstrong, II (TX S.B. #24059394)*
**THE ARMSTRONG FIRM, PLLC**
109 Yoalana St, Suite 210
Boerne, Texas 78006
Telephone:  (210) 277-0542
Email: rwaii@tafpllc.com

*Admitted Pro Hac Vice*

Attorneys for Representative Plaintiff
and the Plaintiff Class

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA WEST, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>RHEEM MANUFACTURING COMPANY, and MELET PLASTICS, INC.,<br><br>          Defendants. | **Case No. 2:24-cv-09686-CAS-MAA**<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF JULIE N. GREEN IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      November 24, 2025<br>Time:     10:00 AM<br>Courtroom: 8d; 8th Floor<br>Judge:    Hon. Christina A. Snyder |

I, Julie N. Green, declare and state as follows:

1.      I am the President of CPT Group, Inc. ("Settlement Administrator" or "CPT"). The following statements are based on my personal knowledge, information provided to me by counsel for Plaintiffs and by other CPT employees working on this matter, and records of CPT generated and maintained in the usual course of its business. If called on to do so, I could and would testify competently thereto.

2.      For this matter, CPT is able and willing to provide Notice and Claims Administration services as provided in the Class Action Settlement Agreement and Release ("Settlement Agreement"), if the parties' motion is approved by the court.

3.      CPT Group, Inc. is located at 50 Corporate Park, Irvine, CA 92606.

4.      I have been employed by CPT for over 20 years, managing the operations and supervising multiple notice and claims administration programs. As President, I am responsible for the oversight of the entire organization including the departments related to administration of class action matters and ensure superior quality and successful execution of each component required to complete the settlement process. In my career at CPT, I have been responsible for the oversight, design, and/or implementation of thousands of class action notice plans. I submit this declaration in support of the parties' Motion for Preliminary Approval of Class Action Settlement.

## CPT'S EXPERIENCE RELEVANT TO THIS CASE

5.      CPT is a leader in the settlement administration industry and has extensive experience in providing court approved notice of class actions and administering diverse types of notice programs and settlements. In the past 30-plus years, CPT has provided notification and/or claims administration services in thousands of class action cases. Some of our recent multi-state representative matters include *Long, et al. v. Safeway, Inc.,* Case No. 19CV45421,

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

Multnomah County Circuit Court; *Williamson v. Curaleaf, Inc.*, Case No. 3:22-cv-00782-IM (D.Or)*; Broomfield v. Craft Brew Alliance, Inc.*, Case No. 5:17-cv-01027-BLF (N.D. Cal); *Livingston v. MiTAC Digital Corporation*, Case No. 3:18-cv-05993-JST (N.D. Cal); *Gold, et al. v. Lumber Liquidators, Inc.,* Case No. 3:14-cv-05373-RS (N.D. Cal.); *Thompson v. 1-800 Contacts, Inc., Vision Direct, Inc., Walgreens Boots Alliance, Inc., Walgreen Co., Arlington Contact Lens Service, Inc., National Vision, Inc., Luxottica of America, Inc. (f/k/a Luxottica Retail North America, Inc.)*, Case No. 2:16-cv-01183 (D. Utah); *Mael v. Evanger's Dog and Cat Food Co., Inc.,* Case No. 3:17-cv-05469-RBL (W.D. Wash); *Coleman, et al. v. Boys Town National Research Hospital,* Case No. D01CI18008162 (Douglas County, Nebraska); *Jacobo, et al., v. Ross Stores, Inc.*, Case No. 2:15-cv-04701-MWF-AGRx (C.D. Cal); *Bokelman v. FCH Enterprises, Inc.,* Case No. 18-cv-00209-RJB-RLP (D. Haw); *Hartranft, et al. v. TVI, Inc. d/b/a/ Savers, Inc., Apogee Retail, LLC*, Case No. 8:15-cv-01081 CJC-DFM (C.D. Cal.); *Lim, et al. v. Vendini, Inc.,* Santa Clara County Superior Court, Case No. 1-14-CV-259897; *Manouchehri v Styles For Less, Inc.,* Case No. 14cv2521 NLS (S.D. Cal.); *Kerr, et al. v. Zacks Investment Research, Inc.,* et al., Case No. 16-CV-01352 GPC BLM (S.D. Cal.); *Hinshaw v. Vizio*, Inc., Case No. SA CV14-00876-DOC (ANx) (C.D. Cal.); *Abdullah v U.S. Security Associates, Inc.,* Case No. CV 09-9554 PSG-E (C.D. Cal.); *Hightower, et al. v. JPMorgan Chase Ban*k*, N.A.,* Case No. 11-CV-01802-PSG-PLAx (C.D. Cal.); *and Michigan Finance Authority, et al. v. Kiebler, et al.,* Michigan Court of Claims Case No. 13-000166-MZ. Some of our recent single-state representative matters include: *Helmick v. Air Methods Corp.,* Alameda Superior Court, Case No. RG 13665373; *Krinsk, et al. v Monster Beverage Corporation, et al.,* San Diego Superior Court, Case No. 37-2014-00020192-CU-BT-CTL; *Mount v. Wells Fargo Bank*, Los Angeles County Superior Court, Case No. BC395959; *Wackenhut Wage and Hour Cases,* Los Angeles County Superior Court, Case No. JCCP Np. 4545;

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

*Augustus, et al, v. American Commercial Security Services, Inc. ("ABM"),* Los Angeles County Superior Court, Case No. BC336416; *Sanchez v McDonald's Restaurants of California,* Los Angeles County Superior Court, Case No. BC499888; and *Kerr v. The New York Times Co.*, et al., San Diego Superior Court Case No. 37-2016-000010125-CU-MC-CTL.

6.    CPT offers a wide range of class action administrative services for developing, managing, and executing all stages of integrated settlement plans. A true and correct copy of CPT's company resume ("CPT CV") is attached as **Exhibit A**, which provides detailed information concerning our class action claims administration qualifications, experience, as well as our Information Security Statement that details CPT's procedures for the protection of confidential class member information.

7.    Due to the sensitive nature of settlement administration, CPT follows a series of strict protocols to protect the integrity of our work that include, but are not limited to, the following: employing security controls and procedures throughout our business that comply with AICPA SOC 2 Type II; requiring of secure file transfer of all Class Member data, account and wire information; multifactor authentication to secure all email accounts; monitoring each endpoint with modern Data Loss Prevention ("DLP") software; implementation of strict policy regarding the transmittal and storage of SI; requiring staff to complete regular cyber security training; monthly external and internal vulnerability scans to ensure the integrity of our security measures. Further, to protect against potential losses, CPT holds $5,000,000 in Errors and Omissions insurance, $1,000,000 in Crime/Fidelity insurance, and $5,000,000 in cyber insurance.

## NOTICE AND ADMINISTRATION OVERVIEW

8.    CPT was selected by the parties in the above captioned matter to provide administration services for this settlement. CPT has regularly been approved by both

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-4-

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

federal and state courts throughout the United States to provide notice and claim processing services and handles all aspects related to the implementation of class action settlements, including but not limited to: (a) issuing all types of legal notice by way of direct mail, email notification, and media including, but not limited to, print publication, digital display, television, radio, informational press release, paid search, and social media advertisement; (b) establishing dedicated URLs and case websites with online claim filing capabilities; (c) providing call support through a dedicated toll-free number with interactive voice response (IVR); (d) providing electronic and hard copy claims processing; (e) receiving/processing other communications about the settlement; (f) providing secure data management and reporting; (g) distributing paper and digital payment through physical check, gift card, mobile wallet, merchandise credits, direct deposit and other means; (h) providing Qualified Settlement Fund reporting and banking services; (i) filing applicable tax returns; (j) filing any required reports with the court; and (k) handling other tasks related to the administration of class action settlements that may be requested by the parties or court.

## CASE BACKGROUND

9. CPT understands the settlement class is defined as follows:

> All individuals and entities that own or have owned
> Class Products and/or who own or have owned homes or
> other structures physically located in the United States in
> which the Class Products are or were installed.

10. Pursuant to information provided from counsel, CPT understands there to be several million individuals in the proposed Settlement Class, however contact information is not obtainable for these individuals, meaning direct notice is not an option. CPT will therefore target the Settlement Class Members and attempt to reach them through alternative noticing efforts, as further described below. The

objective of the following Notice Program is to provide adequate notice of the settlement to all potential members of the Settlement Class as defined above in paragraph 9.

## IDENTIFICATION OF TARGET AUDIENCE
## UNKNOWN CLASS MEMBERS

11.    To establish the target audience and determine the media consumption and habits of the affected consumer, CPT used MRI-Simmons "MRI"[1] and other research and analytic tools based on consumers located in the United States who may own or have owned Class Products.

12.    To identify the best media channels to serve notice to the target audience, CPT reviewed the media quintiles, which measure the degree to which the target audience used media relative to the general population. The courts and advertising industry accept this methodology to select the appropriate media channels that will best reach the target audience. By leveraging MRI data, it aids in understanding the target audience and their consumer attitudes, behaviors, demographics, psychographics, and media data. Media consumption data indicated a high consumption of Facebook, YouTube, and Instagram with a Nationwide target geography for the audience.

## DIGITAL NOTICE PROGRAM

13.    The proposed notification plan was developed and customized to reach and inform individuals potentially affected by this settlement. CPT will stay fully

---

[1] CPT frequently uses and relies on MRI data and based on our experience and MRI's reputation in the industry, considers it a reliable source. MRI describes its data as follows, and CPT agrees with this description: "MRI's Survey of the American Consumer® is the largest and most authoritative study of adult consumers in the United States. No other organization, not even the U.S. Census Bureau, can tell you more about Americans as consumers. All information collected in the Survey comes from a single set of respondents, ensuring data integrity and reliability. MRI interviews approximately 24,000 consumers every year in towns, cities, and counties across the contiguous 48 states. Crucial to the Survey's success is the relationship MRI develops with respondents. Interviews are conducted in consumers' homes, face-to-face, and followed up with a comprehensive self-administered survey. In a national probability study such as the Survey of the American Consumer, the higher the response rate, the more reliable the data. MRI's highly trained interviewers consistently generate the highest response rates in the industry". (GfK US MRI, LLC. D/B/A MRI-Simmons, 2019, p.1/para.1)

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

immersed in the notice process continuously monitoring and optimizing towards the highest performing areas, media channels, and audiences. CPT will run two creative options both in English and Spanish[2] on digital media channels where each design was created with the goal in mind to reach the target audience and bring awareness to the settlement. Mid-point through the notice period, CPT will modify the creatives to include a reminder statement that the claims deadline is approaching. The proposed notice plan includes the following components:

14.    **Programmatic Display:** CPT and its strategic partner will implement a digital banner advertising campaign through a DSP (accessible via desktop and mobile devices) utilizing user interests, demographics, behaviors, and affinity audiences to serve ads on contextually relevant sites and apps to the target audiences. Display ads will run as a rotating display and drive users to the landing page. Programmatic display is included as it has specific brand, industry, and interest targeting related to the class action. It also allows for a broader reach across both website and in-app placements, where targeting is based on user engagement history and activity.

15.    **Social Media:** Social media channels are a great audience reach extension tool. Meta (Facebook, Instagram, and Threads) and Reddit have some of the most sophisticated and accurate audience targeting capabilities available. CPT will utilize advertising through Meta's and Reddit's Ads Manager platforms, as well as Nextdoor's Ads Manager. Ads will appear on a rotating basis with other advertising campaigns as a Sponsored Ad. CPT will run a Nationwide campaign and optimize toward the highest-performing areas and audiences. Additionally, CPT will run a retargeting campaign that will target people who have visited the website but have not completed an action such as a form-fill or call, among others.

---

[2] In geographical areas with a high concentration of Spanish speakers who prefer using the internet in either Spanish only or mostly Spanish, for example, states such as California, Texas, Arizona, Florida, New Mexico, etc.….

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

16. **Online Video (OLV):** Online video, such as YouTube, CTV, and OTT platforms now have a comparable reach to traditional television. Leveraging audience targeting capabilities to serve ads on contextually relevant videos and channels is necessary in today's competitive landscape. CPT can serve ads on a variety of platforms and use targeting to push audiences through the top of the marketing funnel. YouTube was added to reach a greater number of potential class members across additional platforms outside of social and display.

17. **Paid Search:** To further increase the campaign's effectiveness and help potential class members locate the settlement website, CPT will utilize advertising through Google and Bing's keyword bidding. When a user searches a relevant keyword, the text ad will have the opportunity to appear on a rotating basis with other advertising campaigns as a Sponsored Ad. Keywords will be determined by CPT and together with Counsel and may include such terms as Rheem Manufacturing Class Action, water heater pipe lawsuit hot water heater class action, among others.

18. **Informational Press Release:** To strengthen the digital notice campaign efforts and provide notice to potential class members, CPT will disseminate a press release on PR Newswire US1 National Newsline. The press release should draw media attention and gain additional publicity as the release will contain sufficient information for any interested news organization or authors to write a news story. A press release helps bring awareness to the settlement and generates additional media coverage for a low cost. The release will highlight the toll-free number and settlement website.

19. **Website**: CPT will establish and administer a dedicated settlement website with a case-specific URL. The site will be informative and easy for potential members of the Settlement Class to navigate. The website will be optimized for mobile users and maximize search engine optimization through keywords and

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

metadata to increase search engine rankings. The settlement website will include links to the operative Complaint, Settlement Agreement, Preliminary Approval Order, Claim Form, Long Form Notice, "FAQs", applicable deadlines, all papers filed in support of the proposed settlement, orders of the Court pertaining to this settlement, and contact information for the Settlement Administrator, including a toll-free support line, e-mail address, and U.S. mailing address. In addition, the website will provide the information necessary to file a claim form electronically. The website address or a hyperlink will also be displayed on all notification formats described in this declaration.

20.   **Class Member Support**: CPT will establish a dedicated 24-hour, toll-free support line with Interactive Voice Response ("IVR") capabilities to provide potential members of the Settlement Class with: (a) general and detailed information about the Action; (b) answers to frequently asked questions; (c) information relating to filing a claim form or opt out; and (d) bilingual, live class member support during normal business hours. In addition, CPT will maintain a dedicated email inbox for handling inquiries from potential Settlement Class members and claimants.

21.   Based on the information provided by Counsel and the terms of the parties' Settlement Agreement, CPT believes this notice program will provide reasonable, fair, and adequate notice and constitutes the best notification plan under the circumstances of this case. According to the Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide, "a reasonable reach is between 70-95% with a median reach on approved notice plans at 87%." With Counsel's guidance, CPT's goal is to reach approximately 80% of the Target Audience with a frequency of 2.5-3X over 45-days, via a combined effort of all media tactics stated above.

22.   It is CPT's experience that the notification plan as outlined within this declaration is consistent with other class action notice plans that have been

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

approved by both state and federal courts nationwide, including *Simonin v. WinCo Foods, LLC,* Case No. 3:19-cv-02094-AR (D.Or)*; Long, et al. v. Safeway, Inc.,* Case No. 19CV45421, Multnomah County Circuit Court; *Williamson v. Curaleaf, Inc.*, Case No. 3:22-cv-00782-IM (D.Or)*; Broomfield v. Craft Brew Alliance, Inc.,* Case No. 5:17-cv-01027-BLF (N.D. Cal); *Livingston v. MiTAC Digital Corporation,* Case No. 3:18-cv-05993-JST (N.D. Cal); *Gold, et al. v. Lumber Liquidators, Inc.,* Case No. 3:14-cv-05373-RS (N.D. Cal.); and *Broomfield v. Craft Brew Alliance, Inc.*, Case No. 5:17-cv-01027-BLF (N.D. Cal).

## NOTIFICATION TIMELINE

23.   CPT will implement the Notice Plan as set forth in the following timeline:

| Item Description | Date |
|---|---|
| Commencement of 45-day digital advertising campaign, settlement website, and IVR/Toll-Free hotline. | 30 calendar days from entry of Order Granting Preliminary Approval |
| Notice campaign complete. | 45 days after commencement |

## CLAIMS, OBJECTIONS AND REQUESTS FOR EXCLUSION

24.   CPT understands that Class Members can make a claim by completing the claim form and submitting it by mail to CPT at the address shown in the Notice or by submitting it online via the settlement website. In accordance with the terms of the parties' Settlement Agreement, CPT will review all claim forms and supporting documents submitted and confirm that they are valid, submitted by a qualifying class member, and that all necessary information has been provided to support the claim.

25.   CPT also understands that Objections and Exclusion Requests (Opt-Outs) must be served in writing as instructed in the Notice. CPT will maintain a record of and inform the parties of all Opt-Out requests submitted by Settlement Class Members, as well as any Objections CPT may receive.

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

**ADMINISTRATION FEES**

26.   CPT estimates its costs for the notice and administration of this Settlement will be $550,000.00 based on several million class members and a valid claim filing rate of 1%. CPT acknowledges, however, that a 1% claims rate may be high, given the lack of regular mailing addresses and other factors articulated in this declaration.

**CONCLUSION**

27.   The Notice Plan described herein is consistent with similar effective, court-approved notice programs and will provide the best notice practicable given the circumstances. CPT expects to reach approximately 80% of the target audience through a robust notice campaign using various media tactics efforts, including digital display advertisement, social media advertisement, paid search, and a press release. Based on our experience with similar cases, this notice program is designed to provide the Settlement Class members with notice of their legal rights and comports with due process requirements.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 15, 2025, at Irvine, California.

_____
Julie Green

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-11-

# EXHIBIT A

# CURRICULUM VITAE



 50 Corporate Park
Irvine, CA 92606     www.CPTGROUP.com     1 (800) 542-0900

## COMPANY PROFILE

CPT Group, Inc. ("CPT"), founded in 1984, is a leading provider of notice and settlement class action administration services and has been appointed as the third-party administrator by all major courts. Throughout our history, CPT has disbursed billions of dollars in settlement funds, serviced over 250,000,000 class members, and administrated over 7,000 cases. CPT offers a wide range of class action administrative services for developing, managing, and executing all stages of integrated notice plans and settlements. This includes pre-certification and discovery mailings, class-certification mailings, claims processing and administration, data management, data reporting, settlement fund administration, legal noticing campaigns, website design, and web hosting. The project management team, call center, data entry center, IT, and production facilities are all located at the corporate headquarters in Irvine, CA.

## QUALITY ASSURANCE & SECURITY

The integrity of CPT's work and our stringent quality assurance protocols are strengthened by the staff's ability to operate in close proximity keeping the work managed in-house. With a commitment to rigorous security protocols and controls, CPT upholds an obligation to its clients to maintain data and cyber security practices that comply with AICPA SOC 2 - Type II.

## DIVERSITY & INCLUSION

CPT believes that promoting diversity starts with a commitment to building understanding and awareness. Diversity is not just cultural or ethnic, it includes people of all ages and backgrounds. We are guided by a commitment to removing barriers to the recruitment, retention, and advancement of talented individuals from historically excluded populations. CPT recruits and rewards team members based on capability and performance, regardless of race, gender, sexual orientation, gender identity or expression, lifestyle, age, educational background, national origin, religion, or physical ability.

## AREAS OF EXPERTISE

- **PROJECT MANAGEMENT -** At the heart of our administrative capabilities is the ability to manage and process our cases as a neutral TPA with efficiency, accuracy, and in compliance with the terms of the parties' agreement. Our skilled approach in the use of technology, effective management, and quality assurance is the core of our operation.
- **Claims Administration** – CPT conducts extensive Quality Assurance processes throughout the duration of the claims period. Any responses received from Class Members are processed according to our strict internal procedures and in accordance with the Settlement Agreement. Counsel is provided with all required reporting, including, where applicable, a list of approved claimants and the settlement calculations for each.
- **Call Center** – CPT's case support representatives stand ready to service all case inquiries offering live, multi-lingual, 1-1 response, 5 days a week during business hours (extended hours available). Interactive Voice Response (IVR) assures that class members receive the assistance and support they require 24 hours a day. A proprietary call tracking system combined with highly trained representatives ensures an accurate class member history for each and every call.
- **Data Management/Reporting** – Through programmatic analysis, CPT will standardize the class data to compile a master mailing list. CPT prepares weekly status reports for each case that summarize the status of returns and responses such as mail pieces and claim form submissions. CPT is SOC 2 Type II certified, which ensures necessary measures are taken to safeguard all class member data.
- **Noticing Expertise** – CPT's legal notice experts have a combined experience of over 25 years in the industry and come together to plan a successful notice campaign based on the requirements of the Settlement. After strategizing and consulting with Counsel, our team will determine the best method of notification to reach your intended target audience. Whether notification will be through means of a known or unknown data set, CPT will execute the campaign with precision and accountability.
- **Settlement Fund Administration** – CPT's team of tax and accounting professionals manages all fund distributions through a rigorous and supervised process. Stringently following the terms of the Court Order, CPT maintains its Qualified Settlement Fund (QSF) accounts through federally insured banks with access restricted to authorized personnel only. On behalf of the QSF, CPT will handle all remittances and reporting to local, state, and federal tax authorities.



# EXPERIENCE

CPT Group, Inc. has a proven track record of successfully administering complex class action settlements across a broad range of practice areas, including cases with millions of class members. With over four decades of experience, CPT is trusted by courts nationwide as a third-party administrator for high-stakes, large-fund settlements. Below are highlights from several relevant cases we've handled:

### CONSUMER PROTECTION
**Stevens v. Britax Child Safety, Inc., Case No. 2:20-cv-07373-MCS-AS (C.D. Cal)**
Administration tasks for this hybrid settlement included dissemination of the summary notice by email or mail to known consumers and implementation of an extensive digital and social media campaign to reach unknown consumers, which encompassed internet publication through DV360, paid and keyword search (Google/Bing), and social media advertising on Facebook, Instagram, and OLV (YouTube). Additional efforts included a press release and four consecutive print publications in the Los Angeles Times. Further, a dedicated settlement website was established to access court-approved documents, facilitate online claims submission, and offer real-time case information to potential settlement class members.

**Pope, et al. v. Cura Partners, Inc., State of Oregon, Multnomah County Circuit Court, Case No. 20CV05932**
While administrating this consumer settlement, CPT designed and implemented a multi-faceted notice program to effectively reach and engage the potential class population of 172,000 members. The comprehensive outreach strategy integrated multiple communication channels, anchored by a targeted digital media campaign that strategically placed settlement information where potential class members were most likely to encounter it. This digital approach was complemented by traditional print publication, creating multiple touchpoints for class awareness. Central to the administration strategy was an interactive settlement website that served as the primary hub for class member engagement and streamlined claims submission. The settlement's modern approach extended to its payment distribution, offering claimants flexibility through multiple digital payment options. This technology-forward distribution strategy provided class members convenient, secure payment choices while optimizing administrative efficiency.

**Treviso v. Pro Football Hall of Fame, Case No. 5:17-cv-00472 (N.D. Ohio)**
CPT executed a sophisticated administration strategy for this consumer settlement, beginning with a meticulously researched notice campaign tailored to reach the presumed target audience. The comprehensive digital strategy integrated paid search campaigns, programmatic display advertising, strategic social media placements, and online video (OLV) content. This layered approach proved highly effective, generating an impressive 5,080,887 impressions during the 40-day recruitment campaign. To further enhance accessibility, the notice program incorporated direct communication methods through email and text message notifications, ensuring multiple touchpoints for potential class members. The settlement's complexity was particularly evident in its claims validation requirements, which demanded a thorough review of multiple documentation types, including proof of travel, accommodation records, and event attendance verification through tickets or other supporting evidence. This rigorous validation process, combined with the sophisticated notice program and user-friendly claims platform, demonstrated CPT's ability to manage intricate settlement requirements while maintaining efficient and accessible administration practices.

### DATA BREACH
**Patricia Tafelski, et al. v. Logan Health Medical Center, Montana Eighth Judicial District Court, Case No. 19CV45421 and ADV-22-0124**
CPT administered this data breach settlement reaching approximately 213,500 class members through a comprehensive notice program featuring double postcards and strategic reminders. The administration centered on an interactive settlement website that served as an information hub for class members. CPT implemented a flexible benefits distribution system offering multiple payment options, including electronic transfers, paper checks, and credit monitoring activation codes. To maximize participation, CPT executed targeted follow-up campaigns via email and phone to encourage check cashing.

**Harkey-Kirk v. California Department Of Public Health, Sacramento County Superior Ct, Case No. Case No.: 34-2019-00260616**
In addressing this privacy matter under the Confidentiality of Medical Information Act, CPT implemented a comprehensive strategy to issue a notice of class certification. Our approach included targeted outreach through traditional print publication, a robust media campaign across platforms like Facebook, Instagram, and YouTube, and a precision-driven paid search campaign on both Bing and Google. Additionally, our programmatic display advertising, facilitated through a DSP platform, created a dynamic and visually engaging presence across various online spaces. The campaign's visibility was enhanced by a press release distributed via PR Newswire, ensuring comprehensive information reached both the public and the media.

**Hinds v. Community Medical Centers, Inc., San Joaquin County Superior Court , Case No. STK-CV-UNPI-2021-0010404**
CPT Group effectively managed this $1.9 million data breach settlement through multiple communication channels, including direct mail notices to over 600,000 class members and a dedicated settlement website where claimants could access court documents and submit claims electronically. A 24-hour toll-free support line with IVR capabilities provided continuous assistance. These comprehensive efforts resulted in over 11,000 claim submissions, with claimants choosing between cash benefits or credit monitoring services.



# EXPERIENCE

## LABOR & EMPLOYMENT

**Nevarez, et al. v. Costco Wholesale Corporation, Los Angeles County Superior Court, Case No. 19STCV10017**
To apprise settlement class members of the $8,750,000 wage and hour settlement, CPT implemented a dual-notification approach that leveraged email and physical mail communications to effectively reach the substantial class size of 96,677 members. Over $5,000,000 was designated as the net settlement amount for distribution among participating class members from the gross settlement amount. The settlement administration was particularly notable for its inclusion of gift card distribution to qualified participants, adding complexity to the distribution process by requiring the management of both monetary and non-monetary benefits.

**Helmick v. Air Methods Corp., Alameda County Superior Court, Case No. RG13665373**
(Top Settlements, 2020) Administration of this $78,000,000 employment settlement demonstrated the complexity of managing high-value, multi-year distributions. The notice program began with direct mail outreach to settlement class members, a comprehensive settlement website, and toll-free class member support. The settlement's significant monetary component required careful administration, with distributions totaling over $49,000,000 executed over three years. The substantial individual awards, averaging approximately $100,000 per claimant, reflected the serious nature of the underlying claims and required meticulous verification and distribution protocols. The high average award amount and multi-year distribution schedule distinguished this as one of the more complex employment settlements of 2020.

**Wackenhut Wage and Hour Cases, Los Angeles County Superior Court, Case No. JCCP Np. 4545**
(Top Settlements, 2019) CPT implemented a sophisticated communication strategy that integrated multiple outreach channels to notify settlement class members in this $130,000,000 wage and hour settlement. The notice program leveraged both email and SMS text messaging in English and Spanish, ensuring broad accessibility across the linguistically diverse class population. A comprehensive settlement website served as an information hub, featuring an online claim portal. CPT supported class member engagement through a dedicated toll-free hotline. The effectiveness of these notice methods was demonstrated by the impressive 57% claimant response - a strong result that helped secure final approval from the court. This settlement's size and successful administration marked it as one of the largest employment settlements in California that year.

**Sanchez v McDonald's Restaurants of California, Los Angeles County Superior Court, Case No. BC499888**
(Top Settlements, 2019) Notice methods in this $26,000,000 wage and hour settlement featured a multi-channel approach. Primary notice was delivered through direct mail and email in English and Spanish, accommodating the workforce's linguistic diversity. A dedicated settlement website was a comprehensive resource, hosting case documents, court filings, frequently asked questions, settlement agreement details, and opt-out/objection forms. All website materials were available in both English and Spanish. For additional support, a toll-free hotline was staffed by trained bilingual representatives.

**Alvarez, et al v. XPO Logistics Cartage, LLC, 2:18-cv-03736-RGK-E (C.D. Cal)**
In administering this $20 million wage and hour settlement, CPT executed a comprehensive bilingual notice program, disseminating materials in both English and Spanish while managing the critical task of collecting W-9s from prospective class members. CPT implemented a strategic follow-up campaign to optimize response rates, including targeted reminder postcards to non-responding individuals. The settlement distribution was executed in two phases: an initial disbursement to all eligible class members and a supplemental distribution to those who had promptly negotiated their initial settlement payments.

**Abdullah v U.S. Security Associates, Inc., San Diego County Superior Court, Case No. 2:15-cv-09-00984 PSG-E**
(Top Settlements, 2018) CPT successfully administered this substantial $21 million settlement, implementing a comprehensive notice and communication program for a class exceeding 22,000 members. The multi-channel outreach strategy included direct mail notification, a dedicated settlement website, and a toll-free support line to ensure class members had ready access to case information and assistance. The administration required sophisticated tax compliance measures, with CPT managing the intricate coordination of settlement benefit distribution alongside required tax documentation. This included the timely issuance of settlement payments with corresponding W2 and 1099 tax forms to all eligible class members, maintaining strict adherence to tax regulations and reporting requirements.

**Cruz & Johnson v. Wal-Mart Associates, Inc., et. al., Los Angeles & San Bernardino County Superior Courts of California, Case Nos. 18STCV03128 and CIVDS1602699**
(Top Settlements, 2021) In this significant 2021 PAGA settlement, CPT administered a $15 million resolution reaching over 320,000 aggrieved employees through direct mail notification. The administration included comprehensive tax compliance, with CPT coordinating the distribution of settlement checks and corresponding 1099 forms to eligible participants. This consequential wage-and-hour settlement exemplified the effectiveness of PAGA enforcement in addressing workplace compliance issues.

**Valdez v. Starbucks Corporation, Superior Court of the State of California, County of Riverside, Case No. PSC1908409**
CPT administered a $3 million PAGA settlement benefiting 138,000 aggrieved employees. The distribution process included coordinated issuance of settlement checks and corresponding 1099 tax forms. CPT managed the disposition of uncashed funds through a Cy Pres distribution, ensuring the full settlement value served its intended public benefit.

# QUALIFICATIONS & EXPERIENCE OF KEY PERSONNEL



## JULIE N. GREEN
**President**
**Notice Expert**

Julie brings 20 years of leadership excellence to CPT Group as one of the industry's foremost experts in legal notice administration. Having personally designed and overseen thousands of class action notice programs, Julie's expertise spans compliance, notice strategy, and regulatory adherence, enabling CPT to successfully administer even the most complex settlements.

As President, Julie oversees all operational aspects while maintaining her commitment to neutrality and client confidentiality. Her background, with degrees in Drama, and Psychology & Social Behavior from the University of California, Irvine, provides unique insights into effective communication and stakeholder management. Julie's innovative leadership continues to drive CPT's position at the forefront of class action administration.

## RANDI J. MARTZ,
**EVP Business Development & Strategy**
**Notice Expert**

Randi brings over 17 years of experience to CPT Group. Her role is crucial in analyzing settlement requirements for legal notification through various research methods and data analysis. Randi's expertise lies in finding efficiencies to implement cost savings for RFPs and developing strategic plans to grow the business.

As a liaison between the Business Development and Operations Teams, Randi plays a vital role in identifying critical opportunities to strengthen settlement and client objectives. Her educational background in Business Administration from California State University, Fullerton, provides a solid foundation for her multifaceted role at CPT.

## MARK BRANDENBERGER,
**Chief Financial Officer**

Mark Brandenberger serves as CPT Group's Chief Financial Officer. A CPA who began his career at Deloitte and Touche, Mark developed his financial and operational expertise over 25 years in financial services, working with companies from start-ups to Fortune 100. He later owned and successfully operated a fire and water restoration company before selling it.

Mark holds a Bachelor of Business Administration in accounting from Cal Poly San Luis Obispo and recently became a certified business coach, leveraging his experience to help business owners exceed their potential through strategic guidance and mentorship.

## JACQUELINE N. KOH
**VP Operations**

Jackie brings nearly two decades of hands-on experience and strategic leadership to CPT Group. Since joining the company 18 years ago, Jackie has become a vital force in shaping CPT's operational excellence and client service delivery. In her role, she oversees key operational departments including Case Management, Disbursement, Claims Processing, Mailing, and the Call Center. Jackie drives operational strategies that align with CPT's growth trajectory and industry reputation. Her deep understanding of the full settlement lifecycle—from court approval and process optimization to client coordination and fund distribution—positions her as a trusted advisor throughout the administration process. Jackie's legal foundation includes prior roles as a paralegal at the Orange County District Attorney's Office and several top law firms. She holds a B.A. in International Relations and Law & Public Policy from the University of Southern California and completed her Paralegal Studies at UCLA.

## TREVOR JONES
**Chief Technology Officer**

Trevor leads CPT's technology vision, systems architecture, and business intelligence strategy to support high-volume, complex case administration. With over two decades of technology leadership experience, including executive roles at VIZIO and Veritone overseeing business operations, IT, and AI-driven analytics, Trevor brings proven expertise in driving innovation, scalability, and operational efficiency.

His specialized knowledge in enterprise innovation, data analytics, and operational strategy strengthens CPT's technological capabilities while ensuring continued excellence in class action administration. Trevor's leadership enables CPT to leverage cutting-edge solutions that enhance both service delivery and operational performance.

Trevor holds a B.S. in Mathematics/Economics from UCLA and actively contributes to the Orange County tech community as a coach and thought leader.

# QUALIFICATIONS & EXPERIENCE OF KEY PERSONNEL



## ABEL E. MORALES,
### Director of Operations

Abel Morales is the Director of Operations at CPT Group. Since joining CPT in 2010, Abel has handled hundreds of class action cases from inception through distribution and has become an expert in complex settlements. He is the primary client contact and is well trusted for his expertise in the class action industry. Abel oversees the Claims Processing Department, Production Department, and Class Member Support Services. His wide range of expertise provides valuable insight into all facets of the Administration process. Prior to CPT Group, Abel was a Senior Analyst for 9 years at a prominent Fortune 500 mutual insurance holding company. Abel also holds a B.A. in International Finance from the California State University of Fullerton. He is bilingual in Spanish.

## ALEJANDRA ZARATE
### Supervising Case Manager

Alejandra Zárate is one of CPT Group's Supervising Case Managers. In her role, she is responsible for the onboarding and intake of new cases, as well as the training of new Case Managers. Alejandra started with CPT Group in 2007 in the Claims Department and joined the Case Management team in 2009. Her experience at CPT Group positions her well to oversee the critical role of case intake and development of new team members and introducing them to the department's policies and procedures.

Alejandra received her degree in Computer Engineering from Autonomous University of Baja California in Ensenada, B.C. Mexico. While earning her degree, she worked as a web development assistant and helped develop a web page for students interested in taking off-campus classes.

## TARUS DANCY
### Supervising Case Manager

As a Supervising Case Manager at CPT Group, Tarus leads a team of Case Managers that oversee a breadth of cases, including Wage & Hour, pre-settlement Belaire, and Class Certification matters. With over a decade of experience in project management, Tarus brings a track record of guaranteeing projects are completed on schedule and in accordance with case specifications. In addition, his exceptional communication and leadership abilities support the continuity of the various projects he oversees. Tarus holds an M.B.A. in Project Management from the Florida Institute of Technology and a B.A. in Communications from the University of Memphis.

## TIM CUNNINGHAM,
### Associate Director, Case Management

Tim Cunningham has been with CPT Group since 2010 and has successfully managed over 300 cases. As Associate Director, under his direction, a team of Case Managers and Assistants are trained and guided to oversee all case activity—from administrative conception to disbursement. Tim and his team are also the primary contact between the firm and Counsel while also working closely throughout administration with the IT, Mailing, Claims and Call Center departments.  Prior to CPT Group, Tim was a Lead Relationship Manager for 10 years at a prominent Fortune 500 mutual insurance holding company.
Tim earned his B.A. in Public Administration with a minor in English from California State University, San Diego.

## CAROLE THOMPSON,
### Associate Director, Case Management

Carole joined CPT in 2010 as a Case Manager.  In her current role, she leads a team of Case Managers and ensures the proper guidance and supervision is upheld for high accuracy and prompt adherence to court-ordered deadlines. She is also responsible for overseeing case activities and having a comprehensive understanding of each case her team handles. In her career prior, she spent 12 years in the Financial Industry at a prominent Fortune 500 annuities company. Then, when an opportunity took her family to Minot, North Dakota, she had to leave CPT, but gained 5 years of Human Resources expertise, first as Benefits Specialist at Trinity Health and then as a Benefits Coordinator at Food Management Investors, Inc. Upon returning to California in 2016, Carole rejoined CPT, providing a strong professional background to the team.

## JENNIFER FORST
### Supervising Case Manager

Jennifer brings a deep understanding of human behavior and organizational dynamics to her role as Supervising Case Manager at CPT Group. Her professional journey began in employee engagement and retention, where she honed her skills as a project manager and consultant. Her expertise was further solidified during her tenure as Director of Client Services for an external consulting firm, where she led a diverse team of consultants, project managers, and analysts to deliver exceptional results for clients across industries.
Jennifer embarked on a new career chapter when she joined CPT Group, drawing on her background in psychology and client services, where she oversees cases with precision and empathy.

---

## EXHIBITS

EXHIBIT 1. CPT'S INFORMATION SECURITY  STATEMENT

EXHIBIT 2. CPT'S DATA AND SETTLEMENT FUND TRANSMISSION METHODS

# EXHIBIT 1

# INFORMATION SECURITY STATEMENT
## Confidential

CPT Group, Inc. ("Company" or "CPT") maintains a comprehensive, written Information Security Program that complies with all applicable laws and regulations and is designed to (a) ensure the security, privacy and confidentiality of Class Member Information, (b) protect against any reasonably anticipated threats or hazards to the security or integrity of the Class Member Information, and (c) deny unauthorized access to, use, deletion, or modification of Class Member Information. As part of an ongoing effort, throughout its business CPT has implemented the following security controls and procedures:

1)  Company uses Class Member Information only for the purposes for which Client provided it, as described in any Agreements and/or Court Order's governing the provisions of the Company's services on any particular engagement.

2)  Company has designated one or more specifically named employees to be responsible for the administration of its Information Security Program.

3)  Company has and maintains processes for identifying, assessing, and mitigating the risks to Class Member Information in each relevant area of the Company's operations and evaluating the effectiveness of the safeguards for controlling these risks.

4)  Company utilizes an EDR that runs and analyzes daily Risk Assessment and Threat Intelligence scans on all company computer stations, servers and protected network subnets. These scans search for any software vulnerabilities along with data containing sensitive information ("SI").

5)  All computers are provisioned with an advanced security stack. Company's Endpoint Protection centrally reports activity, handles patch management and security policies. Company's security stack is based on DNS and content filtering, deep packet inspection at the firewall level, antivirus/antimalware, email filtering and user behavior analysis. Each endpoint is monitored with modern Data Loss Prevention ("DLP") software. Company's DLP system prevents connection to unauthorized external storage, or cloud systems. It actively blocks screen prints and will not allow confidential user information to be sent out of our trusted network.

6)  Login access to Company email or systems requires two factor authentication, which requires not only a password and username but also something physical, like user location, secure ID token or biometrics.

7)  Company regularly monitors, tests and updates its Information Security Program.

8)  Company restricts access to Class Member Information only to those employees, agents, or subcontractors who need to know the information to perform their jobs.

9)  Company performs an annual audit of its Information Security Program and maintains compliance with **AICPA SOC 2 Type II.**  This includes a review of the controls: vulnerability scans, secure software development life cycle, patch management, intrusion detection and prevention, encryption of storage media and devices. Company makes reasonable changes to its Information Security Program to ensure it can maintain safeguards that are appropriate for the Class Member Information at issue.

10)  At Client's request, but only when and in a manner consistent with applicable Agreements and/or Court Orders, Company will securely destroy or return all Class Member Information in its possession and certify to Client in writing that Company has done so. If Company destroys Class Member Information rather than return it, Company will use destruction methods in compliance with all applicable state and federal laws and regulations, including NIST Special Publication 800-88, Revision 1 (2015). This obligation to return or destroy information shall not apply to Class Member Information that is stored in backup or other disaster recovery systems, archives or other storage systems that make it impractical to destroy the information, but if Company retains Class Member Information for these reasons, its obligation under the Settlement Agreement will continue to apply for so long as it retains the information. Additionally, the Company will retain all hard copy documents (i.e. Claim Forms, etc.) for a period of 6 months, at which time they are scanned and shredded on Company premises in compliance with NIST and SOC Cybersecurity Framework.

11)  Company performs extensive background checks (County Criminal, County Civil and National Criminal Database Search) of all its employees, including a review of their references, employment edibility, and education verification to ensure they do not pose a risk to the security of Class Member Information or Clients employees. Company will provide, upon request, a copy of its background check requirements for Clients review and approval. Nothing in this document shall compel Company to disclose the results of such background information of its employees.

# INFORMATION SECURITY STATEMENT
## Confidential

12)  Company conducts a monthly third-party credentialed vulnerability assessment with Trustwave. Vulnerabilities rated as high are patched/resolved within 48 hours, medium within 1 week, and low within 2 weeks. If a vulnerability cannot be resolved within our standard timeframe, a compensating control will be introduced to protect the vulnerable systems. To ensure Company receives timely information regarding new threats and vulnerabilities, Company subscribes to US-CERT notices as well as notices are received from Sonicwall and Crowdstrike. New threats are communicated to our executive and leadership team to disseminate to all employees within the company.

13)  Company has implemented the following safeguards for systems that process, store or transmit Class Member Information:

- Identify and Access Management.
- Windows password complexity with a specific length, history, upper and lower characters, numbers, expiration every 45 days.
- Two-Factor authentication for remote access.
- Removable media devices, personal web-based email, instant message, or online storage (i.e. Dropbox, Google Drive, iCloud, etc.) are blocked and restricted.
- Company uses the Microsoft Office 365 to host corporate email.
- Company uses the HTTPS or SFTP standard for all data transmissions and ensures that all Client Data is encrypted while in transmission between Company's data center and the Company's computer system or other devices (as applicable) and at rest, consistent with SOC 2 Type II standard, but no less than a 128-bit key for symmetric encryption and a 1024-bit key for asymmetric encryption.
- Company requires its clients and self to transfer files with sensitive Class Member Information via a secure transmission protocol through Citrix Sharefile FTP which secures file during transfer with SSL/TFL encryption protocols and in storage using AES 256-bit encryption. Links to files expire after 7 days. Company requires all files transferred in this method to be password protected during transmission and password to be provided telephonically. Files are retrieved by Company, and then deleted manually upon successful download (or auto deleted after 7 days from upload by system).
- Upon hire and annually thereafter, security training of all employees using the online security training platform Knowbe4. Users are required to complete one hour of security training per year. Users are required to take tests online to ensure they've retained the knowledge. Topics covered are spear phishing emails, compromised website, social engineering, strong passwords, ransomware, handling sensitive information, mobile device security.
- Company actively tests security defenses. Staff participate in simulated phishing exercises to reinforce previous training. Company also conducts monthly external penetration tests and daily internal vulnerability scans to ensure the integrity of our security measures.
- Terminated employees are immediately prevented from accessing Class Member Information.
- Appropriately configured and updated firewall, antivirus, and spyware software;
- Separation of Duties.
- Business Continuity Planning.
- Disaster Recovery Planning.
- Pandemic Recovery Planning

14)  Company's physical security requires that employees use an encoded card-key to gain access to the facility as all doors are mechanically locked at all times. Employees can only enter or exit through a front door or back door, both of which are protected by security cameras. Inside the facility, secure areas in the office that contain checks or sensitive material are also protected by electronic card-key badge access and limited to select employees. Security cameras monitor the areas that contain the sensitive material and audits are conducted periodically on the area. Access to the server room is strictly limited to only five individuals and protected by the encoded card-key badge access. Security cameras monitor the inside and outside of the secured area with audits being conducted periodically.

# INFORMATION SECURITY STATEMENT
## Confidential

15)  Company staff are required to maintain in compliance with the Information Security Policies, Compliance Manual, and Non-Disclosure Agreement. The matters covered in the Code of Business Conduct and Ethics are of the utmost importance to the Company and are essential to the Company's ability to conduct its business in accordance with its stated values. We expect all officers, directors, employees, agents, contractors and consultants to adhere to these rules in carrying out their duties for the Company. The Company will take appropriate action against any officer, director, employee, agents, contractor or consultant whose actions are found to violate these policies or any other policies of the Company. Disciplinary actions may include immediate termination of employment or business relationship at the Company's sole discretion.If the Company has suffered a loss, then it may pursue its remedies against the individuals or entities responsible. If laws have been violated, then the Company will fully cooperate with the appropriate authorities.

### Definitions

1)  **"Class Member Information"** means Class Member name, address, or other contact information and class member claim filing information necessary for Company to perform services required by applicable Agreements or Court Orders in context to the Administration of a Settlement or other Class Action litigation.

2)  **"Client"** means collectively Plaintiff Counsel and Defense Counsel, Plaintiff and Defendant.

3)  **"Client Data"** means proprietary or personal data regarding Client or any of its Class Members under the Settlement Agreement, as provided by Client.

4)  **"Company"** means CPT Group, Inc. a reputable third-party Claims Administrator selected by all the Parties (Plaintiff and Defense Counsel) to administer the Settlement or Notification Mailing.

5)  **"Sensitive Personal Information"** means any non-public information of CPT or Client disclosed by either party to the other party, either directly or indirectly, in writing, orally or by inspection of tangible objects, or to which the other party may have access, which a reasonable person would consider confidential and/or which is marked "confidential" or "proprietary" or some similar designation by the disclosing party. Confidential Information shall not include any information which the recipient can establish: (i) was or has become generally known or available or is part of the public domain without direct or indirect fault, action, or omission of the recipient; (ii) was known by the recipient prior to the time of disclosure, according to the recipient's prior written documentation; (iii) was received by the recipient from a source other than the discloser, rightfully having possession of and the right to disclose such information; or (iv) was independently developed by the recipient, where such independent development has been documented by the recipient.



# EXHIBIT 2

# Secure Transmission Methods for Sensitive Information

CPT Group has established rigorous protocols for secure transmission and protection of Client Data and Wire Information. These guidelines maintain the highest level of security and confidentiality in legal and financial transactions through secure File Transfer Protocol (FTP) technology, password protection, and automatic file deletion.

# Client Data Transmission

The secure transmission of Client Data is paramount in maintaining confidentiality and integrity of sensitive information. CPT implements a stringent process that utilizes secure File Transfer Protocol (FTP) technology to ensure the safe transfer of data files between counsel and CPT.

**Four-Step Security Protocol:**



**1**

### Step 1: Link Provision

CPT provides counsel with a secure FTP (Sharefile) link specifically designated for the transfer of data files ensuring transmission over encrypted connection.

**2**

### Step 2: File Upload and Password Protection

Counsel uploads required files to the Sharefile link. All uploaded files must be password-protected to add an extra layer of security ensuring file contents remain encrypted and inaccessible even if unauthorized access occurs.

**3**

### Step 3: Password Communication

File password are communicated to CPT personnel via telephone. This separation of file transmission and password communication reduces interception risk and unauthorized access.

**4**

### Step 4: File Retrieval and Deletion

Once CPT retrieves the uploaded files, they are automatically deleted from the Sharefile system after seven days minimizing the vulnerability window and ensures sensitive data doesn't persist unnecessarily.

These steps not only provides a secure channel for data transmission but also incorporate additional layers of security through password protection and automatic file deletion. By adhering to these protocols, CPT minimizes the risk of unauthorized access and data breaches, thereby protecting the interests of all parties involved in the legal process.



# Wire Instructions Security Protocols

CPT emphasizes the importance of secure channels for transmitting sensitive financial information, recognizing the potential risks associated with electronic communication of banking details.

## QSF Wire Instructions Provided to Defense Counsel:

### PDF Generation and Protection

CPT creates wire password-protected PDF wire instructions.

### Secure Upload to Sharefile

Protected PDF is uploaded to secure Sharefile platform.

### Telephonic Password Communication

CPT personnel directly call Defense Counsel to provide PDF access password.

### Confirmation Call

Defendant/Defense Counsel should call CPT prior to initiating any wire transfer.

**1**

**2**

**3**

**4**

## Plaintiff's Counsel Wire Instructions Provided to CPT:

The process for communicating wire instructions to Plaintiff Counsel is designed with similar security considerations as those for incoming transfers. By establishing strict guidelines for the transmission of both outgoing and incoming wire instructions, CPT ensures that the final stage of fund distribution maintains the same level of security as the initial transfer.



| No Emailed Bank Account Details | Use Secure FTP | Call Back Required |

### Authorized Methods Only

CPT explicitly states that attempts to transmit Client Data or Wire Communications through alternative means are not accepted. This strict policy maintains consistent security protocols, reduces risk of data interception or loss, risk of fraudulent transactions or misdirected fund, ensures compliance with data and financial protection regulations, and stablishes clear chain of custody for sensitive and financial information.

### Disclaimer for Unauthorized Transmissions

CPT issues clear disclaimers for any attempts to use unauthorized transmission methods, emphasizing reinforcement of established procedure importance, responsibility placement on transmitting party for potential breaches, risk awareness of unsecured transmission channels, and professional conduct and client trust maintenance.



CURRICULUM VITAE        |