Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:  (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com

Ronald W. Armstrong, II (TX S.B. #24059394)*
**THE ARMSTRONG FIRM, PLLC**
109 Yoalana St, Suite 210
Boerne, Texas 78006
Telephone:  (210) 277-0542
Email: rwaii@tafpllc.com

*Admitted Pro Hac Vice*

Attorneys for Representative Plaintiff
and the Plaintiff Class

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA WEST, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RHEEM MANUFACTURING COMPANY, and MELET PLASTICS, INC.,<br><br>Defendants. | **Case No. 2:24-cv-09686-CAS-MAA**<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF FILING AND LODGING OF SUPPLEMENTAL MATERIALS RE: PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    May 11, 2026<br>Time:    10:00 a.m.<br>Ctrm.:   8D<br>Judge:   Hon. Christina A. Snyder |

**BACKGROUND SUPPORTING CONSIDERATION OF THIS FILING**

WHEREAS, on April 10, 2026, Representative Plaintiff filed her Unopposed Motion for Final Approval of Class Action Settlement ("MFA").

WHEREAS, at the time of the MFA filing, CPT Group, Inc. ("CPT Group") was still in the process of reviewing and validating Claim Forms.

-1-
NOTICE SUPPLEMENTAL MATERIALS RE: MOTION FOR FINAL APPROVAL
Case No. 2:24-cv-09686-CAS-MAA

WHEREAS, CPT Group has completed reviewing and validating Claim Forms.

WHEREAS, CPT Group has drafted a Supplemental Declaration Regarding Settlement Administration.

WHEREAS in light of the foregoing, and in the interests of efficiency and judicial economy, the parties stipulate to submission for the Court's consideration the attached exhibit.

## **EXHIBIT**

Attached hereto as **Exhibit "A"** is the Supplemental Declaration of Kaylie O'Connor (On Behalf of Cpt Group, Inc.) Regarding Settlement Administration.

Date: May 5, 2026

/s/ Scott Edward Cole
Scott Edward Cole
Laura Van Note
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800

Attorneys for Representative Plaintiff and the Plaintiff Class

/s/ Kahn A. Scolnick
Kahn A. Scolnick, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Email: kscolnick@gibsondunn.com

*Attorneys for Defendants Rheem Manufacturing Company and Melet Plastics, Inc.*

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 5, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Scott Edward Cole*
Scott Edward Cole

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-3-
NOTICE SUPPLEMENTAL MATERIALS RE: MOTION FOR FINAL APPROVAL
Case No. 2:24-cv-09686-CAS-MAA