Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com

Ronald W. Armstrong, II (TX S.B. #24059394)*
**THE ARMSTRONG FIRM, PLLC**
109 Yoalana St, Suite 210
Boerne, Texas 78006
Telephone: (210) 277-0542
Email: rwaii@tafpllc.com

*Pro Hac Vice forthcoming*

Attorneys for Representative Plaintiff
and the Plaintiff Classes

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA WEST, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RHEEM MANUFACTURING COMPANY, and MELET PLASTICS, INC., <br><br> Defendants. | Case No. 2:24-cv-09686-CAS-MAA <br><br> **CLASS ACTION** <br><br> **SUPPLEMENTAL DECLARATION OF KAYLIE O'CONNOR (ON BEHALF OF CPT GROUP, INC.) REGARDING SETTLEMENT ADMINISTRATION** |

1

I, Kaylie O'Connor declare as follows:

1.     I am employed as a Senior Case Manager at CPT Group, Inc. ("CPT"), the Settlement Administrator jointly agreed upon by the Parties and approved by the Court for the above referenced matter. The following statements are based on my personal knowledge, information provided to me by counsel for the Parties, by other CPT employees working on this matter, and records of CPT generated and maintained in the usual course of its business. If called on to do so, I could and would testify competently thereto. I submit this declaration in support of the Parties' Motion for Final Approval of Class Action Settlement.

2.     I submit this Supplemental Declaration to update my previous declaration dated April 10, 2026.

### CLAIM ANALYSIS

3.     As of the date of this declaration, CPT has received a total of 8,777 claims. These include 5,582 claims for Documented Losses, 2,468 claims for a One-Year Elective Parts-and-Labor Warranty Extension, and 1,004 claims for a replacement drain valve.

4.     Fraudulent, bot-like and/or otherwise suspicious claim submissions are common in cases with no class list and where the claim form is open to the public. We also know this to be typical in other claims administrators' experience on similar cases. To address this, CPT took initial steps to discourage fraudulent submissions, such as utilizing Google's reCAPTCHA during submission. On the backend, we gather various data points, including IP addresses, submission timestamps, and contact information (name, email address, mailing address), that assist in identifying patterns that indicate automated or high-risk submissions. To assess the claim submissions for suspicious anomalies and fraud review, CPT collaborated with ClaimScore[1] to perform a comprehensive fraud analysis.

---

[1] ClaimScore is a legal technology company that provides complex data analysis and pattern recognition services that assist claims administrators in identifying fraudulent claims in class action settlements. Their proprietary advanced AI analysis incorporates real-time pattern recognition, multi-source data enrichment, and intelligent rule-weighting informed by machine learning. ClaimScore provides informed recommendations on claim validity where each claim is individually evaluated based on a 65+ point expert-system artificial intelligence algorithm.

5.    Following the fraud analysis, CPT completed its validation process on the analyzed claims, as well.  Of the 8,777 claims received, CPT invalidated 6,540 claims.

6.    As of the date of this declaration, CPT reports 2,237 valid claims, including 984 valid documented loss claims, 5 two-year extended warranty claims, 654 one year elective warranty claims and 816 replacement drain valve claims.

7.    The total claimed amount for the 984 valid documented loss claims is $1,072,745.52. Pursuant to the Settlement Agreement, valid documented loss payments will be reduced on a pro rata equal percentage basis as the aggregate amount of valid claims exceeds the aggregate cap of $500,000. As such, each valid documented loss claimant will receive 46.609377% of their claimed amount.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4th day of May 2026, at Irvine, California.

Kaylie O'Connor

3