Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com

Ronald W. Armstrong, II (TX S.B. #24059394)*
**THE ARMSTRONG FIRM, PLLC**
109 Yoalana St, Suite 210
Boerne, Texas 78006
Telephone: (210) 277-0542
Email: rwaii@tafpllc.com

Attorneys for Representative Plaintiff
and the Plaintiff Classes

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA WEST, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>RHEEM MANUFACTURING COMPANY, and MELET PLASTICS, INC.,<br><br>Defendants. | Case No. 2:24-cv-09686-CAS-MAA<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER FORST (ON BEHALF OF CPT GROUP, INC.) REGARDING SETTLEMENT ADMINISTRATION** |

I, Jennifer Forst, declare as follows:

1. I am employed as a Senior Program Manager at CPT Group, Inc. ("CPT"), the Settlement Administrator jointly agreed upon by the Parties and approved by the Court for the above referenced matter. The following statements are based on my personal knowledge, information provided to me by counsel for the Parties, by other CPT employees working on this matter, and records of CPT generated and maintained in the usual course of its business. If called on to do so, I could and would testify competently thereto. I submit this declaration in support of the Parties' Motion for Final Approval of Class Action Settlement.

2. I submit this Supplemental Declaration to update Kaylie O'Connor's declaration dated May 4, 2026.

3. CPT previously reported 2,237 valid claims, including 984 valid documented loss claims, 5 two-year extended warranty claims, 654 one-year elective warranty claims and 816 replacement drain valve claims. All Settlement Class Members automatically received a two-year parts-only warranty extension unless they selected the one-year elective warranty or replacement valve benefit in lieu of the two-year extended warranty.

4. Following review of the Rheem Water Heater Serial Numbers, 1,160 claims were identified as having invalid serial numbers. Serial numbers that are valid for this settlement must reflect a manufactured date between 2019 and 2023. The fourth and fifth characters of the serial number represent the year the water heater was built. To qualify for relief, the fourth and fifth character in the serial number had to be 19, 20, 21, 22, or 23. The 1,160 identified claims did not meet those criteria.

5. CPT emailed the individuals advising that their serial number was invalid and provided the opportunity to cure the deficiency by giving a valid serial number. Attached as "**Exhibit A**" are copies of the three email types by selected benefit, which include where to find the serial number and how to know if it is valid for this settlement.

6. As a result of the additional serial number review and outreach, CPT reports 1,188 valid claims, including 445 valid documented loss claims, 4 two-year extended warranty claims,

326 one-year elective warranty claims and 519 replacement drain valve claims.

7. The total claimed amount for the 445 valid documented loss claims is $452,661.18, which does not exceed the aggregate cap of $500,000.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of July 2026, at Irvine, California.

Jennifer Forst

Jennifer Forst

# EXHIBIT A

Subject Line: Action Required for Documented Losses: West v. Rheem Manufacturing Company
Sender Email: RheemDrainValveSettlement@cptgroup.com

**Re Claim Number: [ClaimNo]**

Dear [FullName],

We reviewed your claim for the *West v. Rheem Manufacturing Company and Melet Plastics, Inc.* class action settlement. Unfortunately, your claim is missing a valid serial number for a water heater manufactured during the relevant period of **2019 through 2023**. The serial number provided was **[RheemWaterHeaterSerialNumber].**

To receive your **documented losses**, please reply to this email by **June 30, 2026** with a valid Rheem water heater serial number.

**How to Locate Your Serial Number**

Your water heater's serial number is printed on the manufacturer's label, which is typically found on the side of the unit near the top.




The serial number is a ten-digit series of letters and numbers and will look something like this: **M142100000**.

Each serial number follows the same format. The first character is a letter. The second and third characters are numbers representing the week of the year your water heater was built. The fourth and fifth characters are numbers representing the year your water heater was built. To qualify for relief from this settlement, **your water heater must have been manufactured between 2019 and 2023**,

meaning these two digits must be **19, 20, 21, 22, or 23**. The remaining characters after the year are a production number.

**Examples**

For example, if your serial number is **M142100000**, the first character, "M," is the factory code. The next two characters, "14," indicate the unit was made in the 14th week of the year. The next two characters, "21," indicate the unit was manufactured in 2021. Because 2021 falls within the 2019–2023 period, this water heater **would qualify**.

If your serial number is **Q231200000**. The first character, "Q," is the factory code. The next two characters, "23," indicate the unit was made in the 23rd week of the year. The next two characters, "12," indicate the unit was manufactured in 2012. Because 2012 falls outside the 2019–2023 period, this water heater **would not qualify**.

**What You Need to Do**

Please locate the serial number on your water heater and check the fourth and fifth characters to confirm the year of manufacture falls between 2019 and 2023. If it does, please reply to this email with the complete and accurate serial number. If your water heater was manufactured outside of the 2019–2023 period, it is unfortunately not covered by this settlement.

Sincerely,

West v. Rheem Manufacturing Company, and Melet Plastics, Inc.
PO Box 19504
Irvine, CA 92623
Toll-Free Telephone: 1-888-271-1105
Website: www.RheemDrainValveSettlement.com
Email: RheemDrainValveSettlement@cptgroup.com

Subject Line: Action Required for Replacement Valve: West v. Rheem Manufacturing Company
Sender Email: RheemDrainValveSettlement@cptgroup.com

**Re Claim Number: [ClaimNo]**

Dear [FullName],

We reviewed your claim for the *West v. Rheem Manufacturing Company and Melet Plastics, Inc.* class action settlement. Unfortunately, your claim is missing a valid serial number for a water heater manufactured during the relevant period of **2019 through 2023**. The serial number provided was **[RheemWaterHeaterSerialNumber].**

To receive your **replacement brass drain valve**, please reply to this email by **June 30, 2026** with a valid Rheem water heater serial number.

**How to Locate Your Serial Number**

Your water heater's serial number is printed on the manufacturer's label, which is typically found on the side of the unit near the top.




The serial number is a ten-digit series of letters and numbers and will look something like this: **M142100000**.

Each serial number follows the same format. The first character is a letter. The second and third characters are numbers representing the week of the year your water heater was built. The fourth and fifth characters are numbers representing the year your water heater was built. To qualify for relief from this settlement, **your water heater must have been manufactured between 2019 and 2023**,

meaning these two digits must be **19, 20, 21, 22, or 23**. The remaining characters after the year are a production number.

**Examples**

For example, if your serial number is **M142100000**, the first character, “M,” is the factory code. The next two characters, “14,” indicate the unit was made in the 14th week of the year. The next two characters, “21,” indicate the unit was manufactured in 2021. Because 2021 falls within the 2019–2023 period, this water heater **would qualify**.

If your serial number is **Q231200000**. The first character, “Q,” is the factory code. The next two characters, “23,” indicate the unit was made in the 23rd week of the year. The next two characters, “12,” indicate the unit was manufactured in 2012. Because 2012 falls outside the 2019–2023 period, this water heater **would not qualify**.

**What You Need to Do**

Please locate the serial number on your water heater and check the fourth and fifth characters to confirm the year of manufacture falls between 2019 and 2023. If it does, please reply to this email with the complete and accurate serial number. If your water heater was manufactured outside of the 2019–2023 period, it is unfortunately not covered by this settlement.

Sincerely,

West v. Rheem Manufacturing Company, and Melet Plastics, Inc.
PO Box 19504
Irvine, CA 92623
Toll-Free Telephone: 1-888-271-1105
Website: www.RheemDrainValveSettlement.com
Email: RheemDrainValveSettlement@cptgroup.com

Subject Line: Action Required for 1-year Extended Warranty: West v. Rheem Manufacturing Company
Sender Email: RheemDrainValveSettlement@cptgroup.com

**Re Claim Number: [ClaimNo]**

Dear [FullName],

We reviewed your claim for the *West v. Rheem Manufacturing Company and Melet Plastics, Inc.* class action settlement. Unfortunately, your claim is missing a valid serial number for a water heater manufactured during the relevant period of **2019 through 2023**. The serial number provided was **[RheemWaterHeaterSerialNumber].**

To receive your **1-year extended warranty**, please reply to this email by **June 30, 2026** with a valid Rheem water heater serial number.

**How to Locate Your Serial Number**

Your water heater's serial number is printed on the manufacturer's label, which is typically found on the side of the unit near the top.







The serial number is a ten-digit series of letters and numbers and will look something like this: **M142100000**.

Each serial number follows the same format. The first character is a letter. The second and third characters are numbers representing the week of the year your water heater was built. The fourth and fifth characters are numbers representing the year your water heater was built. To qualify for relief from this settlement, **your water heater must have been manufactured between 2019 and 2023**, meaning these two digits must be **19, 20, 21, 22, or 23**. The remaining characters after the year are a production number.

**Examples**

For example, if your serial number is **M142100000**, the first character, "M," is the factory code. The next two characters, "14," indicate the unit was made in the 14th week of the year. The next two characters, "21," indicate the unit was manufactured in 2021. Because 2021 falls within the 2019–2023 period, this water heater **would qualify**.

If your serial number is **Q231200000**. The first character, "Q," is the factory code. The next two characters, "23," indicate the unit was made in the 23rd week of the year. The next two characters, "12," indicate the unit was manufactured in 2012. Because 2012 falls outside the 2019–2023 period, this water heater **would not qualify**.

**What You Need to Do**

Please locate the serial number on your water heater and check the fourth and fifth characters to confirm the year of manufacture falls between 2019 and 2023. If it does, please reply to this email with the complete and accurate serial number. If your water heater was manufactured outside of the 2019–2023 period, it is unfortunately not covered by this settlement.

Sincerely,

West v. Rheem Manufacturing Company, and Melet Plastics, Inc.
PO Box 19504
Irvine, CA 92623
Toll-Free Telephone: 1-888-271-1105
Website: www.RheemDrainValveSettlement.com
Email: RheemDrainValveSettlement@cptgroup.com