Scott Edward Cole, Esq. S.B. #160744
Laura Grace Van Note, Esq. S.B. #310160
Mark T. Freeman, Esq. S.B. #293721
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: mtf@colevannote.com

*Attorneys for Representative Plaintiff and the Plaintiff Class*

Kahn A. Scolnick, Esq. S.B. #228686
Bradley J. Hamburger, Esq. S.B. #266916
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Email: kscolnick@gibsondunn.com
Email: bhamburger@gibsondunn.com

*Attorneys for Defendants*
[Additional counsel listed on signature page]

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VANESSA WEST, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

RHEEM MANUFACTURING COMPANY, and MELET PLASTICS, INC.,

Defendants.

**Case No. 2:24-cv-9686-CAS-MAA**

**CLASS ACTION**

**JOINT STATUS REPORT**

The parties, by and through counsel, hereby provide this Joint Status Report.

On May 11, 2026, the Court held a hearing in connection with Plaintiff's Motion for Attorneys' Fees (ECF No. 65) and Motion for Final Approval of Class Action Settlement. (ECF No. 70).

After oral argument, the Court Ordered the Parties to submit supplemental briefing, which was completed in June 2026. (ECF Nos. 82-83).

If the Court requires further information, the Parties are available for a Case Management Conference or any other process the Court deems appropriate.

Date: October 19, 2026

*/s/ Scott Edward Cole*

Scott Edward Cole, Esq. S.B. #160744
Laura Grace Van Note, Esq. S.B. #310160
Mark T. Freeman, Esq. S.B. #293721
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: mtf@colevannote.com

*Attorneys for Representative Plaintiff and the Plaintiff Class*

Date: October 19, 2026

*/s/ Kahn A. Scolnick*

Kahn A. Scolnick, Esq. S.B. #228686
Bradley J. Hamburger, Esq. S.B. #266916
Clayton Collier, Esq. S.B. #344117
Allison Roy Kawachi, Esq. S.B. #349078
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Email: bhamburger@gibsondunn.com
Email: ccollier@gibsondunn.com
Email: akawachi@gibsondunn.com

Katie K. Geary, Esq. S.B. #323875
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive, Ste 1200
Irvine, California 92612-4412
Email: kgeary@gibsondunn.com

*Attorneys for Defendants*

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Scott Edward Cole*
Scott Edward Cole

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800